**Order entered March 4, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00132-CV

**JEFFORY G. SNOWDEN, Appellant**

**V.**

**BRIAN RAVKIND, ET AL., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02116-2018**

## ORDER

Before the Court is the March 2, 2020 request of Antoinette Varela, Official Court Reporter for the 366th Judicial District Court, for a thirty-day extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record shall be filed by **March 13, 2020**. *See* TEX. R. APP. P. 35.3(c).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE